IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| **JASON PAGE,**<br><br>Plaintiff,<br><br>v.<br><br>**R. HOREL, et al.,**<br><br>Defendants. | Case No. C 09-0289 MHP (PR)<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF JASON PAGE, CDCR No. J-68558** |

    Plaintiff Jason Page (CDCR No. J-68558) is a necessary witness at the settlement conference beginning at 2:00 p.m. on July 25, 2011 in Courtroom 17 of the Phillip Burton Federal Building and United States Courthouse, 450 Golden Gate Avenue, in San Francisco, California. Mr. Page is housed at the Substance Abuse Treatment Facility in Corcoran, California, and is in the custody of the facility's warden. The Court issues this Writ of Habeas Corpus ad Testificandum so Mr. Page can attend the settlement conference. This writ commands that Mr. Page's warden produce Mr. Page at the settlement conference, which the Honorable Nandor J. Vadas will preside over.

ACCORDINGLY, THE COURT ORDERS that:

1. This Writ of Habeas Corpus ad Testificandum issue, with the Court's seal, commands the Substance Abuse Treatment Facility's warden and the California Department of Corrections and Rehabilitation to produce Mr. Page for the settlement conference beginning at 2:00 p.m. on July 25, 2011, at Courtroom 17 of the Phillip Burton Federal Building and United States Courthouse, 450 Golden Gate Avenue, in San Francisco, California. Mr. Page must attend the conference until the Court orders it completed. The warden and CDCR may then return Mr. Page to the Substance Abuse Treatment Facility.

2. The custodian must notify the Court if Mr. Page's custody changes, and provide Mr. Page's new custodian with a copy of this writ in that event.

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

To: The warden of the Substance Abuse Treatment Facility,

YOU ARE COMMANDED to produce inmate JASON PAGE, CDCR No. J-68558, for a settlement conference beginning at 2:00 p.m. on July 25, 2011, at Courtroom 17 of the Phillip Burton Federal Building and United States Courthouse, 450 Golden Gate Avenue, in San Francisco, California.

FURTHER, you must notify the Court if Mr. Page's custody changes, and provide Mr. Page's new custodian with a copy of this writ in that event.

IT IS SO ORDERED.

Dated:  June 24, 2011

Judge Nandor J. Vadas