UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JASON PAGE,                                      No. C-09-289 EMC (pr)

       Plaintiff,

       v.                                  **ORDER REGARDING UNSERVED DEFENDANTS**

R. HOREL; *et al.*,

       Defendants.
_____/

       Jason Page, an inmate currently at the California Substance Abuse Training Facility in Corcoran, filed this *pro se* civil rights action under 42 U.S.C. § 1983 concerning conditions he experienced while incarcerated at Pelican Bay State Prison in November 2008. Several months ago the Court ordered service of process on seven Defendants. Five of those Defendants have appeared in this action; however, Defendants Simmons and Preston have not yet appeared and apparently have not been served with process. Court staff made inquiries and learned from the Pelican Bay Litigation Coordinator that (1) the person Plaintiff had identified as correctional officer "S. Preston" may be Stephen Preston, and (2) the person Plaintiff identified as correctional officer Simmons could not be located without his/her first name because more than one person with the surname of Simmons worked at the prison. In light of the foregoing, and in order to move this case toward resolution, the Court now orders:

       1.      The Clerk shall issue a summons and the United States Marshal shall serve, without prepayment of fees, a copy of the first amended complaint (Docket No. 17) and all orders in this action upon correctional officer Stephen Preston at Pelican Bay State Prison.

2.      Within **twenty-one days** of the date on which he is served with process, Defendant Preston shall file an answer to the amended complaint or a notice of appearance in this action.

3.      Plaintiff must provide a first name for correctional officer Simmons no later than **July 22, 2011** so that service of process may be attempted on this defendant.  If Plaintiff does not provide the necessary information by the deadline, or the Marshal is unable to serve the Defendant with the information Plaintiff provides, Defendant Simmons will be dismissed without prejudice.

IT IS SO ORDERED.

Dated: June 29, 2011

_____
EDWARD M. CHEN
United States District Judge

2