**United States District Court**
For the Northern District of California

1

2

3

4

5            UNITED STATES DISTRICT COURT

6            NORTHERN DISTRICT OF CALIFORNIA

7                  EUREKA DIVISION

8

9    JASON PAGE,                                    No. 3:09-0289 MHP (NJV)

10            Plaintiff,                             ORDER DENYING REQUEST REGARDING
                                                     DRESS FOR SETTLEMENT CONFERENCE
11        v.

12   R. HOREL, et al.,

13            Defendants.
     _____/

14

15

16        The Court has received from Plaintiff a request for an order to the Warden at CSATF/State

     Prison at Corcoran requiring Plaintiff to be attired in his prison dress blues for his appearance before
17
     the Court.  Plaintiff's request is HEREBY DENIED.
18

19

20   IT IS SO ORDERED.

21   Dated:  June 30, 2011

22                                                   _____
                                                     NANDOR J. VADAS
23                                                   United States Magistrate Judge

24

25

26

27

28

**United States District Court**

For the Northern District of California

1

2

3

4

5                    UNITED STATES DISTRICT COURT

6                    NORTHERN DISTRICT OF CALIFORNIA

7                              EUREKA DIVISION

8

9

10    JASON PAGE,                                    No.3:09-0289 MHP (NJV)

                    Plaintiff,

11

            v.                                        CERTIFICATE OF SERVICE

12

      R. HOREL, et al.,

13

                    Defendants.

14    _____/

15

16          I, the undersigned, hereby certify that on June 30, 2011, I SERVED a true and correct copy of

17    the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below,

18    by depositing said envelope in the U.S. Mail.

19

20

      Jason Page

21    J-68558

      California Substance Abuse Training Facility

22    P.O. Box 5242

      Corcoran, CA 93212

23

24

25

26                                          /s/  Linn Van Meter

                                        _____

27                                              Linn Van Meter

                                            Administrative Law Clerk to

28                                         the Honorable Nandor J. Vadas

2