UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON PAGE,<br><br>    Plaintiff,<br><br>    v.<br><br>R. HOREL; *et al.*,<br><br>    Defendants.<br>_____/ | No. C-09-0289 EMC (pr)<br><br>**ORDER RE PLAINTIFF'S "MOTION TO RENEGE/WITHDRAWL SETTLEMENT PROVISIONS" AND "OBJECTION TO FILING OF "REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING"; PLAINTIFF'S OPPOSITION/MOTION TO VACATE SETTLEMENT PRIVISO"**<br><br>**(Docket Nos. 68-71)** |

    The Court has received Mr. Page's letter of July 26, 2011 and its attachment of "Plaintiff's Motion to Renege/Withdrawl (*sic*) Settlement Provisions" seeking to void the settlement in this matter. The letter shall be filed. Mr. Page subsequently filed a pleading entitled, "Plaintiff's Objection to filing of "Report of Pro Se Prisoner Early Settlement Proceeding"; Plaintiff's Opposition/Motion to Vacate Settlement Priviso (*sic*)." The Defendant shall treat the letter and motion together and file a response by August 19, 2011. The matter will then be taken under submission, subject to the Court's determination whether additional briefing or an evidentiary hearing is warranted.

    IT IS SO ORDERED.

Dated: August 11, 2011

                                                            _____<br>
                                                             EDWARD M. CHEN<br>
                                                             United States District Judge