United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

JASON PAGE,

        Plaintiff,

   v.

R. HOREL, et al.,

        Defendants.

_____/

No. 3:09-0289 EMC (NJV)

ORDER RETURNING LETTER AND MOTION
DATED JULY 26, 2011

     The Court has received from Plaintiff a letter dated July 26, 2011, regarding the settlement reached in this case.  It is accompanied by a motion to renege/withdraw settlement provisions.  Plaintiff is informed that this case is no longer before the undersigned, but rather before the District Judge assigned to this case.  Further, any requests for relief must be mailed to the Clerk's Office in San Francisco for filing.  The Court therefore returns Plaintiff's documents to him with this order.

IT IS SO ORDERED.

Dated:  August 30, 2011

_____
NANDOR J. VADAS
United States Magistrate Judge

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7                          UNITED STATES DISTRICT COURT

8                        NORTHERN DISTRICT OF CALIFORNIA

9                                EUREKA DIVISION

10

11
JASON PAGE,
12                                              No.3:09-0289 MHP (NJV)
                    Plaintiff,
13
          v.                                    CERTIFICATE OF SERVICE
14
R. HOREL, et al.,
15
                    Defendants.
16 _____/

17

18       I, the undersigned, hereby certify that on  August 30, 2011, I SERVED a true and correct copy

19 of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below,

20 by depositing said envelope in the U.S. Mail.

21

22
Jason Page
23 J-68558
California Substance Abuse Training Facility
24 P.O. Box 5242
Corcoran, CA 93212
25

26

27

28                                              /s/  Linn Van Meter
                                              _____
                                                    Linn Van Meter
                                                Administrative Law Clerk to
                                              the Honorable Nandor J. Vadas