IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JASON PAGE, | C 09-0289 MHP (PR) |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE |
| v. | |
| R. HOREL, et al., | |
| Defendants. | |

THE PARTIES VOLUNTARILY STIPULATE to the dismissal with prejudice of Jacquez, McGuyer, Osborne, Ramsey, and Noble from this action under Federal Rule of Civil Procedure 41(a), and each party shall bear his own attorneys' fees and costs.

Dated: 11/02, 2011

JASON PAGE
Plaintiff

Dated: 11/22, 2011

BRENDAN M. KENNY
Attorney for Defendants Jacquez, McGuyer, Osborne, and Ramsey

Dated: 11/25, 2011

SUSAN E. COLEMAN
Attorney for Defendant Noble

1

Stip. & [Proposed] Order for Voluntary Dismissal with Prejudice (C 09-0289 MHP)

1  IT IS SO ORDERED

2  Dated: January 6, 2012

IT IS SO ORDERED

Judge Edward M. Chen

# CERTIFICATE OF SERVICE

Case Name:   **J. Page v. Horel, et al.**           No.   **C 09-0289 MHP**

I hereby certify that on **December 13, 2011**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On **December 13, 2011**, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

**Jason Page, J-68558**
**California State Prison - Los Angeles County**
**P.O. Box 8457**
**Lancaster, CA 93539-8457**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **December 13, 2011**, at San Francisco, California.

|  L. Tra  |  _(signature)_  |
| :---: | :---: |
| Declarant | Signature |

SF2009201398
40497727.doc